**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **JOHN DILLARD, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:87-CV-1172-MHT |
| **TOWN OF CASTLEBERRY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the joint motion to show cause (Doc. No. 2), it is ORDERED that the defendant show cause, if any there be, in writing by May 11, 2007, as to why said motion should not be granted as requested.

DONE this 12th day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**