IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1172-MHT |
| TOWN OF CASTLEBERRY, | ) | (WO) |
| | ) | |
|    Defendant. | ) | |

FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 2), an order was entered on March 12, 2007 (Doc. No. 3), directing defendant Town Castleberry to show cause, if any there be, in writing by May 11, 2007, as to why said motion should not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 2) is granted.

(2) It is **DECLARED** as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court entered on June 27, 1988, providing that the Town Council of the Town of Castleberry consist of five members elected from two multi-member districts.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Town of Castleberry is dissolved.

(4) All claims against defendant Town of Castleberry in this action are dismissed.

The clerk of the court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE**, this the 15th day of May, 2007.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**